Margaret R. Gifford, Bar No. 118222
DeCARLO & CONNOR, a Professional Corp.
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Phone: 213-488-4100 & Fax: 213-488-4180
email:mgifford@deconsel.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and FLOYD CLAY, etc., et al.,

Plaintiff(s)

v.

CHAMPION CONCRETE, INC., a California corporation; DEAN ELLIOTT HOFFMAN, an individual, etc., et al.,

Defendant(s)

CASE NUMBER. SACV 06-0076 DOC (MLGx)

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 21 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**NOTICE OF DISMISSAL BY PLAINTIFF**
Rule 41(a)(1) F.R.Civ.P.

Priority
Send
JS6

**PLEASE TAKE NOTICE:**

[X]  The above-entitled action is

*or*

[ ]  Defendant(s)

are hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: June 16, 2006

_____
Plaintiff / Attorney for Plaintiff
MARGARET R. GIFFORD

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

DOCKETED ON CM
JUN 21 2006
BY _____

CV-09 (01/01)

NOTICE OF DISMISSAL BY PLAINTIFF
(Rule 41(a)(1), F.R.Civ.P.)

CCD-9

**PROOF OF SERVICE (By Mail)**
(USDC Case No. SACV 06-0076 DOC (MLGx))
(Carpenters v. Champion Concrete, Inc., etc.)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & CONNOR, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On June **16**, 2006, I served a copy of the foregoing document, described as: **NOTICE OF DISMISSAL BY PLAINTIFF**

on defendants, addressed as follows:

CHAMPION CONCRETE, INC., a
California corporation
█████████████████
Corona, CA 92883

GEORGIA RAE HOFFMAN, an
individual
█████████████████
Corona, CA 92883

DEAN ELLIOTT HOFFMAN, an
individual
█████████████████
Corona, CA 92883

**and courtesy copy on:**

    Steven D. Atkison, Esq.
    Atkinson, Andelson, Loya, Ruud & Romo
    17871 Park Plaza Drive, Suite 200
    Cerritos, CA 90703-2263

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

[X] (BY DEPOSIT FOR COLLECTION) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Executed on June **16**, 2006, at Los Angeles, California.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Lucy J. Moure* (signature)
Lucy J. Moure